IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **LARRY KELLY,** Plaintiff, | § § § |
| | § No. 1:10-cv-00330-TDS-WWD |
| v. | § § |
| **DOLGENCORP, INC.,** Defendant. | § § § § |

## AGREED STIPULATION

It is hereby agreed and stipulated by Plaintiff Larry Kelly and Dolgencorp, Inc. ("Defendant" or "Dollar General") (collectively referred to herein as "Parties"), that the Parties have reached an individual settlement of Plaintiff's claims, including Plaintiff's individual claims under the Fair Labor Standards Act ("FLSA"). This individual settlement was negotiated at arm's length by experienced counsel who protected the rights of the Parties. The Parties stipulate that the settlement reflects reasonable compromise concerning *bona fide* disputes between them with respect to liability and the amount of same under the FLSA. The Parties further stipulate that the amounts and terms of the individual settlement is full, fair and just compensation for Plaintiff's individual claims.

Respectfully submitted this the 13th day of May, 2011.

| | |
|---|---|
| */s/ Lance Gould* | */s /Joel S. Allen* |
| Roman A. Shaul | Ronald E. Manthey |
| Charles Lance Gould | Texas Bar No. 12927400 |
| **BEASLEY, ALLEN, CROW, METHVIN,** | Joel S. Allen |
|   **PORTIS & MILES, P.C.** | Texas Bar No. 00795069 |
| P.O. Box 4160 | Melissa M. Hensley |
| Montgomery, Alabama 36103-4160 | Texas Bar No. 00792578 |
| Telephone: 334.269.2343 | Farin Khosravi |
| Facsimile: 334.954.7555 | Texas Bar No. 24043753 |
| roman.shaul@beasleyallen.com | **MORGAN, LEWIS & BOCKIUS LLP** |
| lance.gould@beasleyallen.com | 1717 Main Street, Suite 3200 |
| | Dallas, TX 75201-7347 |
| Michelle Price Massingale | Telephone: 214.466.4000 |
| Brett E. Dressler | Facsimile: 214.466.4001 |
| **SELLERS HINSHAW AYERS DORTCH** | ron.manthey@morganlewis.com |
|   **& LYONS, P.A**. | joel.allen@morganlewis.com |
| 301 S. McDowell Street, Suite 410 | melissa.hensley@morganlewis.com |
| Charlotte, NC 28204 | farin.khosravi@morganlewis.com |
| Telephone: 704-377-5050 | |
| Facsimile: 704-339-0172 | Michael L. Wade, Jr. |
| mmassingale@sellershinshaw.com | NC Bar No. 33520 |
| bdressler@sellershinshal.com | **OGLETREE DEAKINS NASH** |
| |   **SMOAK & STEWART, PC** |
| **ATTORNEYS FOR PLAINTIFF** | 201 South College St., Suite 2300 |
| | Charlotte, NC 28244 |
| | Telephone: 704.342.2588 |
| | Facsimile: 704.342.4379 |
| | michael.wade@odnss.com |
| | |
| | **ATTORNEY FOR DEFENDANT** |
| | **DOLGENCORP, INC.** |